464 A.2d 525

Commonwealth v. Barbee, Appellant.
Petition for Allowance of Appeal
Denied Jan. 16, 1984.

Argued May 18, 1983. Seymore Johnson, Jr., for appellant; Steven J. Cooperstein, Assistant District Attorney, for Commonwealth, appellee.

624

Before HESTER, BROSKY and BECK, JJ.

Judgment of sentence affirmed.